RICK D. NAVARRETTE (CA Bar No. 122653)
rnavarrette@fbtlaw.com
FROST BROWN TODD LLP
633 W. Fifth Street, Suite 900
Los Angeles, CA 90071
Tel: (213) 229-2400
Fax: (213) 229-2499

Attorneys for Plaintiffs
Kiari Cephus, professionally known as
"Offset" and Sallie Smith, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIARI CEPHUS, professionally known as "Offset,; and SALLIE SMITH, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CHASE DALTON ROSE, professionally known as "CHASETHEMONEY,"; and DOES 1 through 25, inclusive. <br><br> Defendants. | **CASE NO.:** 2:25-cv-02173 AB(RAOx) <br><br> **Judge:** Hon. Andre Birotte, Jr. <br><br> **PLAINTIFFS' AMENDED REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT CHASE DALTON ROSE PROFESSIONALLY KNOWN AS CHASETHEMONEY** |

**TO: THE CLERK OF THE ABOVE-ENTITLED COURT**

Plaintiffs KIARI CEPHUS, professionally known as "Offset" and SALLIE SMITH, LLC ("Plaintiffs") hereby request in this Amended Request for Entry of Default against Defendant Chase Dalton Rose Professionally Known As CHASETHEMONEY that the Clerk of the above-entitled Court enter default in this matter against Defendant CHASE DALTON ROSE, professionally known as "CHASETHEMONEY", on the ground that said defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiffs served the Complaint on said defendant on August 11, 2025, as evidenced by the proof of service of summons on file with this Court on August 12, 2025 (Dkt #18), as more fully described in the accompanying Declaration of Rick D. Navarrette, filed herewith and attached as Exhibit "1".

DATED: September 8, 2025              FROST BROWN TODD LLP

By: */s/ Rick D. Navarrette*
RICK D. NAVARRETTE
Attorneys for Plaintiffs
KIARI CEPHUS and SALLIE SMITH, LLC

0160480.0803158   4904-9321-9687v1

**AMENDED REQUEST FOR ENTRY OF DEFAULT**

# PROOF OF SERVICE

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT
*Kiari Cephus, et al. v. Chase Dalton Rose, et al.*
USDC Case No. 2:25-cv-02173 AB (RAOx)

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **Frost Brown Todd LLP, 633 W. Fifth Street, Suite 900, Los Angeles, CA 90071**.

On September 8, 2025, I served the foregoing document described as **PLAINTIFFS' AMENDED REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT CHASE DALTON ROSE PROFESSIONALLY KNOWN AS CHASETHEMONEY** on the interested parties in this action.

☐ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

☐ **BY REGULAR MAIL:** I deposited such envelope in the mail at 633 W. Fifth Street, Suite 900, Los Angeles, California 90071. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☒ **BY ELECTRONIC SERVICE:** I caused a copy of the document(s) to be sent to verified and court approved email address: chasethemoney@icloud.com

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the GSO Overnight or FedEx Drop Box located at 633 W. Fifth Street, Los Angeles, California 90071. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on September 8, 2025 at Los Angeles, California.

*/s/ Kristen Merkelbach*
Kristen Merkelbach