RICK D. NAVARRETTE (CA Bar No. 122653)
rnavarrette@fbtlaw.com
FROST BROWN TODD LLP
633 W. Fifth Street, Suite 900
Los Angeles, CA 90071
Tel:  (213) 229-2400
Fax:  (213) 229-2499

Attorneys for Plaintiffs
Kiari Cephus, professionally known as
"Offset" and Sallie Smith, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIARI CEPHUS, professionally known as "Offset,; and SALLIE SMITH, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CHASE DALTON ROSE, professionally known as "CHASETHEMONEY,"; and DOES 1 through 25, inclusive. <br><br> Defendants. | **CASE NO.:** 2:25-cv-02173 AB(RAOx) <br><br> **Judge:** Hon. Andre Birotte, Jr. <br><br> **NOTICE OF ENTRY OF DEFAULT AGAINST DEFENDANT CHASE DALTON ROSE PROFESSIONALLY KNOWN AS CHASETHEMONEY** |

**TO DEFENDANT CHASE DALTON ROSE, P/K/A "CHASETHEMONEY:**

**PLEASE TAKE NOTICE** that on September 17, 2025, the Clerk of the above-mentioned Court entered the default against Defendant CHASE DALTON ROSE, professionally known as "CHASETHEMONEY" pursuant to F.R.Civ.P. 55(a) and in accordance with Plaintiffs KIARI CEPHUS, professionally known as "Offset", and SALLIE SMITH, LLC'S Amended Request for Entry of Default filed on September 9, 2025 (Dkt #21) and Amended Declaration of Rick D. Navarrette filed on September 9, 2025 (Dkt #21-1).

A true and correct copy of the DEFAULT BY CLERK entered on September 17, 2025 (Dkt #22) is attached hereto as Exhibit "A".

DATED: September 18, 2025          FROST BROWN TODD LLP

By: */s/ Rick D. Navarrette*
    RICK D. NAVARRETTE
    Attorneys for Plaintiffs
    KIARI CEPHUS and SALLIE SMITH, LLC

0160480.0803158   4896-9997-3226v1

# **EXHIBIT A**

**EXHIBIT A**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIARI CEPHUS, et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>CHASE DALTON ROSE, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25−cv−02173−AB−RAO<br><br><br>**DEFAULT BY CLERK**<br>**F.R.Civ.P. 55(a)** |

　　It appearing from the records in the above−entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

　　Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

　Chase Dalton Rose, professionally known as "ChaseTheMoney"

Clerk, U.S. District Court

　September 17, 2025　　　　　　　　　　By　/s/ *Grace Kami*
Date　　　　　　　　　　　　　　　　　Deputy Clerk

CV−37 (10/01)　　　　　　　　DEFAULT BY CLERK F.R.Civ.P. 55(a)

# PROOF OF SERVICE

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT
*Kiari Cephus, et al. v. Chase Dalton Rose, et al.*
USDC Case No. 2:25-cv-02173 AB (RAOx)

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **Frost Brown Todd LLP, 633 W. Fifth Street, Suite 900, Los Angeles, CA 90071**.

On September 18, 2025, I served the foregoing document described as **NOTICE OF ENTRY OF DEFAULT AGAINST DEFENDANT CHASE DALTON ROSE PROFESSIONALLY KNOWN AS CHASETHEMONEY** on the interested parties in this action.

☐ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

☐ **BY REGULAR MAIL:** I deposited such envelope in the mail at 633 W. Fifth Street, Suite 900, Los Angeles, California 90071. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☒ **BY ELECTRONIC SERVICE:** I caused a copy of the document(s) to be sent to verified and court approved email address: chasethemoney@icloud.com

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the GSO Overnight or FedEx Drop Box located at 633 W. Fifth Street, Los Angeles, California 90071. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on September 18, 2025 at Los Angeles, California.

*/s/ Belinda Slack*
Belinda Slack

0160480.0803158    4905-2060-8870v1