"

!"#$%&'%!()$)*+,%-+.'%/01&%2345637%
*!"! # !"!$%&'$()*+%*
**!" #$%&&'()*$%&$+" , !$-.$+ / '!'+*0$"+! ($**
5889%0":;"%<=:)>"%1$?@',%0#);A%B92%
1A?AC$D%E)$$+,%FG%59629%
HA$I%/B6B7%32BJ226K%$
,
*-..*/"%01,2*/,3%2%"4'".,'"4,5*6".%/75$'8+'".,59'1%,3'$.*",:*1%,!;<;',*
*=5>-?@A>@BCD@E,*
,
$

**, -'1)2$*1"1)*$2'*13'(1$(%,31$**

**()-13"!$2'*13'(1$%&$("!'&%3-'"$**

LMGNG%F-!EO0,%*C=PA++)=:"$$D%Q:=R:%
"+%VTPP+A;WX%":@%0GYYM-%0<MHE,%YYF,%
% % % % % % %
!$"):;)PP+,% % % % % %
%
%%%%%%%%%%?'% % % % % %
%
FEG0-%ZGYHT&%NT0-,%*C=PA++)=:"$$D%
Q:=R:%"+%VFEG0-HE-<T&-[,W%":@%
ZT-0%2%;(C=#\(%6S,%):>$#+)?A'%
%
ZAPA:@":;'%
]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]%
%
FEG0-%ZGYHT&%NT0-,%*C=PA++)=:"$$D%%
Q:=R:%"+%VFEG0-HE-<T&-[,W%
%
F=#:;ACJF$")^":;,%
%
%%%%%%%%%%?'%
%
LMGNG%F-!EO0,%*C=PA++)=:"$$D%Q:=R:%%
G+%VTPP+A;XW%":@%0GYY[%0<MHE,%YYF,%
%
F=#:;ACJZAPA:@":;+'%
%
]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]]%

**("*)$-%.4$**6I6SJ>?J9624BG1/NGTU7%

**"-*#)30$"&&'35"1'6)$**
**2)&)-*)*0$"-2%**
**(%,-1)3(!"'5$%&$(/"*)%**
**2"!1%-$3%*)$+787"%**
**$9(/"*)1/)5%-):;$**

"

**2 ) & ) - 2 " - 1<*$" - * # ) 3$" - 2$"&&'3 5 " 1 ' 6 )$2 ) & ) - * ) *$**
**$1%$+ ! " ' - 1 '&&*<$ ( % 5 + ! " ' - 1=$ ( % , - 1 ) 3 ( ! " ' 5 *$**

%

ZAPA:@":;,% FEG0-% ZGYHT&% NT0-,% *C=PA++)=:"$$D% Q:=R:% "+% VFEG0-HE-<T&-[,W% /(ACA):"P;AC% VZAPA:@":;W7,% _D% ":@% ;(C=#\(% #:@AC+)\:A@% >=#:+A$,%P)$A+%;()+%":+RAC,%"PP)C^";)?A%@APA:+A+,%":@%>=#:;AC>$")^%;=%;(A%F=^*$"):;%=P% !$"):;)PP+,%LMGNG%F-!EO0,%*C=PA++)=:"$$D%Q:=R:%"+%VTPP+A;W%":@%0GYYM-%0<MHE,% YYF%/(ACA):"P;AC%V!$"):;)PP+W7,%"+%P=$$=R+I%

2'! G@^);'%

6'! G@^);'%

B'! G@^);'%

8'! G@^);,%_#;%#:Q:=R:%"+%;=%;(A%$=>";)=:%=P%!$"):;)PP`+%CA+)@A:>A'%

S'! O:Q:=R:'%

K'! G@^);'%

4'! G@^);'%

3'! O:Q:=R:'%

5'! O:Q:=R:'%

29'! O:Q:=R:'%

22'! G@^);'%

26'! G@^);'%

2B'! ZA:D'%

28'! O:Q:=R:'%

2S'! O:Q:=R:'%

2K'! ZA:D'%

24'! ZA:D'%

23'! ZA:D'%

25'! ZA:D'%

69'! ZA:D'%

62'! ZA:D'%

"

"

66'G@^);'%

6B'ZA:D'%

68'G@^);'%

6S'G@^);'%

6K'G@^);'%

64'G@^);'%

**"&&'3 5 "1'6)$2)&) -*)*$**

**&>?@A$"BB>?CDA>EF$2FBFG@F$H$ - I$"JAKI?>AL7"MFGNL$%**

G;%"$$%CA$A?":;%;)^A+,%;(A%):@)?)@#"$%)@A:;)P)A@%_D%!$"):;)PP+%"+%ZAPA:@":;`+% V^":"\ACW%/R(=%\=A+%_D%VaE)$$W7%R"+%:=;%ZAPA:@":;`+%^":"\AC%":@%("@%:=%">;#"$,% AU*CA++,%=C%)^*$)A@%"#;(=C);D%;=%:A\=;)";A%=C%_):@%ZAPA:@":;%;=%":D%>=:;C">;,%):>$#@):\% ;(A%"$$A\A@%*C=@#>AC%"\CAA^A:;'%aE)$$%R"+%ZAPA:@":;`+%P=C^AC%^":"\AC%R(=%R"+% ;AC^):";A@%):%6925'%G:D%*#C*=C;A@%">>A*;":>A%=P%;AC^+%_D%+#>(%):@)?)@#"$%)+%:=;% _):@):\%=:%ZAPA:@":;'%

***FNIGO$"BB>?CDA>EF$2FBFG@F$H$ - I$"PPD?FGA$"JAKI?>AL$**

!$"):;)PP%("@%:=%CA"+=:"_$A%_"+)+%;=%_A$)A?A%;(";%;(A%"$$A\A@%P=C^AC%^":"\AC,% aE)$$,%("@%"#;(=C);D%;=%:A\=;)";A%=C%"\CAA%;=%>=:;C">;%;AC^+%=:%ZAPA:@":;`+%_A("$P'% ZAPA:@":;%:A?AC%^"@A%":D%CA*CA+A:;";)=:%;=%!$"):;)PP,%@)CA>;$D%=C%):@)CA>;$D,%;(";% R=#$@%>CA";A%"**"CA:;%"#;(=C);D%):%;(A%"$$A\A@%P=C^AC%^":"\AC%"+)@A%PC=^%*$"):;$D% +;";):\%;(";%aE)$$%R=#$@%(A$*%R);(%V$=\)+;)>+W%=P%+A;;):\%#*%CA>=C@):\%+A++)=:+%P=C% ZAPA:@":;'%!$"):;)PP`+%"\A:;+%=C%";;=C:AD+%;(A:%;==Q%);%#*=:%;(A^+A$?A+%":@%_A\":% :A\=;)";):\%>=:;C">;%;AC^+%R);(%aE)$$%R(A:%;(AD%Q:AR%":@b=C%+(=#$@%("?A%Q:=R:%aE)$$% @)@%:=;%("?A%">;#"$%=C%"**"CA:;%"#;(=C);D%;=%>=^^);%;=%":D%;AC^+%=P%ZAPA:@":;`+% _A("$P,%:=C%@)@%!$"):;)PP%=C%!$"):;)PP`+%"\A:;+%=C%";;=C:AD+%#:@AC;"QA%A?A:%^):)^"$%+;A*+% ;=%):.#)CA%R);(%ZAPA:@":;%R(A;(AC%aE)$$%("@%":D%"#;(=C);D%;=%:A\=;)";A%=:%ZAPA:@":;`+% _A("$P'%%%%

bbbb%

bbb%

"

"

**1K>?O$ "BB>?CDA>EF$ 2FBFG@F$Q$ !DNR$IB$ 5 JAJDS$ "@@FGA$7$ - I$ 5 FFA>GM$IB$AKF$ 5>GO@$**

&=%?"$)@%>=:;C">;%AU)+;+%_A;RAA:%!$"):;)PP%":@%ZAPA:@":;%_A>"#+A%ZAPA:@":;% :A?AC%>=:+A:;A@%;=%=C%"++A:;A@%;=%;(A%"$$A\A@%;AC^+%=P%;(A%+#_cA>;%*C=@#>AC%"\CAA^A:;"% d);(=#;%^#;#"$%"++A:;,%:=%A:P=C>A"_$A%"\CAA^A:;%R"+%P=C^A@"%

**&IJ?AK$ "BB>?CDA>EF$ 2FBFG@F$Q$&?DJOJSFGA$I?$ , GTJ@A$3FS>DGNF%**

H=%;(A%AU;A:;%!$"):;)PP%CA$)A@%=:%":%#:"#;(=C)eA@%*AC+=:`+%+;";A^A:;+%=C%">;)=:+,% +#>(%CA$)":>A%R"+%#:CA"+=:"_$A%":@%#:c#+;)P)A@%#:@AC%;(A%>)C>#^+;":>A+"%!$"):;)PP`+% CA$)":>A,%)P%":D,%>"::=;%P=C^%;(A%_"+)+%P=C%>=:;C">;%P=C^";)=:%=C%A:P=C>A^A:;%"\"):+;% ZAPA:@":;"$

**&>BAK$ "BB>?CDA>EF$ 2FBFG@F$Q$3DA>B>NDA>IG%**

ZAPA:@":;%@)@%:=;%C";)PD%=C%"@=*;%;(A%"$$A\A@%*C=@#>AC%"\CAA^A:;"%ZAPA:@":;% ;==Q%:=%">;)=:%;(";%>=#$@%CA"+=:"_$D%_A%>=:+;C#A@%"+%"PP)C^):\%=C%">>A*;):\%;(A%;AC^+% =P%;(A%"$$A\A@%"\CAA^A:;"%

***>UAK$ "BB>?CDA>EF$ 2FBFG@F$H$ )@AIPPFS%**

!$"):;)PP%)+%A+;=**A@%PC=^%"++AC;):\%;(";%;(A%"$$A\A@%*C=@#>AC%"\CAA^A:;%)+% A:P=C>A"_$A%"\"):+;%ZAPA:@":;%_A>"#+A%!$"):;)PP%Q:AR%=C%+(=#$@%("?A%Q:=R:%;(";%;(A% "$$A\A@%P=C^AC%^":"\AC%$">QA@%"#;(=C);D%;=%_):@%ZAPA:@":;,%":@%!$"):;)PP%:A?AC;(A$A++% *C=>AA@A@%";%);+%=R:%C)+Q"$

***FEFGAK$ "BB>?CDA>EF$ 2FBFG@F$Q$ , GNSFDG$ / DGO@%**

!$"):;)PP`+%>$")^+%"CA%_"CCA@,%):%R(=$A%=C%):%*"C;,%_D%;(A%@=>;C):A%=P%#:>$A":% (":@+%_A>"#+A%!$"):;)PP%+AAQ+%;=%A:P=C>A%":%"\CAA^A:;%;(";%);%Q:AR,%=C%+(=#$@%("?A% Q:=R:,%R"+%:=;%?"$)@$D%P=C^A@%=C%"#;(=C)eA@"%

**) >MKAK$ "BB>?CDA>EF$ 2FBFG@F$Q$ !DNR$IB$ ( IG@>OF?DA>IG$**

&=% ?"$)@% >=:+)@AC";)=:% P$=RA@% ;=% ZAPA:@":;% #:@AC% ;(A% "$$A\A@% *C=@#>AC% "\CAA^A:;,%":@%;(ACAP=CA%;(A%"\CAA^A:;%)+%#:A:P=C>A"_$A"%

ZAPA:@":;%CA+AC?A+%;(A%C)\(;%;=%"++AC;%"@@);)=:"$%"PP)C^";)?A%@APA:+A+%;(";%^"D% _A>=^A%"?")$"_$A%=C%"**"CA:;%@#C):\%@)+>=?ACD%":@%P#C;(AC%*C=>AA@):\+"%

"

**(%, -1)3(!"'5$**

F=#:;ACJF$")^":;,% FEG0-% ZGYHT&% NT0-,% *C=PA++)=:"$$D% Q:=R:% "+% VFEG0-HE-<T&-[,W% (ACA_D% +#A+% LMGNG% F-!EO0,% *C=PA++)=:"$$D% Q:=R:% "+% VTPP+A;W%/VTPP+A;W7%":@%0GYYM-%0<MHE,%YYF%/(ACA):"P;AC%>=$$A>;)?A$D%CAPACCA@%;=%"+% VF=#:;ACJZAPA:@":;+W7,%"+%P=$$=R+I%

**V)-)3"!$"!!)V"1'%-*$**

2'! F=#:;ACJF$")^":;% F("+A% Z"$;=:% N=+A% *bQb"% VFEG0-HE-<T&-[W% )+% "% *C=PA++)=:"$%^#+)>%*C=@#>AC"%

6'! F=#:;ACJF$")^":;%RC=;A%":@%*C=@#>A@%;(A%=C)\):"$%+=:\%V d =C;(%M;,W%R()>(%R"+% CA$A"+A@%":@%AU*$=);A@%_D%F=#:;ACJF$")^":;%/;(A%VTC)\):"$%NA$A"+AW7'%%

B'! H(ACA"P;AC,%"\A:;+%=P%TPP+A;%>=:;">;A@%F=#:;ACJF$")^":;%"_=#;%("?):\%TPP+A;% "@@%()+%?=>"$+%=:;=%;(A%+=:\,%*C=*=+):\%;(";%F=#:;ACJF$")^":;%"QA%@=R:%;(A%TC)\):"$% NA$A"+A,%":@%;(";%TPP+A;%CAJCA$A"+A%);%=:%TPP+A;`+%"$_#^%?%.,F.,C22%/R()>(%R"+%CA$A"+A@% =:%=C%"_=#;%T>;=_AC%2B,%696B7%/(ACA):"P;AC%CAPACCA@%;=%"+%;(A%V&AR% d =CQW7"%

8'! F=#:;ACJF$")^":;%;==Q%@=R:%;(A%TC)\):"$%NA$A"+A%_#;%"$$%=;(AC%;AC^+%RACA%:=;% "\CAA@%;=%R(A:%;(A%&AR% d =CQ%R"+%CA$A"+A@"%

S'! H=%@";A,%:=%P=C^"$%=C%):P=C^"$%"\CAA^A:;%AU)+;+%/$A;%"$=:A%AUA>#;A@7%_A;RAA:% F=#:;ACJF$")^":;%":@%F=#:;ACJZAPA:@":;+%>=:>AC:):\%;(A%&AR% d =CQ%):>$#@):\%_#;% :=;%$)^);A@%;=%":"\CAA^A:;%P=C%;(A%+*$);%=P%C=D"$;)A+,%R=CQJP=CJ()CA%$":\#"\A,%":@b=C% ;(A%"++)\:^A:;%=P%C)\(;+'%%

K'! G_+A:;%":%"\CAA^A:;%P=C%+"^A,%F=#:;ACJF$")^":;%)+%@AA^A@%"%>=J"#;(=C%=P%;(A% &AR% d =CQ%R);(%A.#"$%C)\(;+%;=%;(A%=;(AC%"#;(=C+'%

4'! F=#:;ACJZAPA:@":;+% CA>A)?A@,% #+A@,% ":@% >=^^AC>)"$$D% AU*$=);A@% F=#:;ACJ F$")^":;`+% *C=@#>;)=:% ":@% >=:;C)_#;)=:% ;=% ;(A% &AR% d =CQ% _D% @)+;C)_#;):\% ":@% ^=:A;)e):\%+"^A%=:%?"C)=#+%+;CA"^):\%*$";P=C^+%":@%CA$";A@%>(":A$+,%R);(=#;%*"D):\% F=#:;ACJF$")^":;%":D;():\%P=C%()+%+AC?)>A+'%

3'! F=#:;ACJZAPA:@":;+%>CA@);%F=#:;ACJF$")^":;%=:%"$$%+;CA"^):\%*$";P=C^+%"+%"% RC);AC%":@%*C=@#>AC%=P%;(A%&AR% d =CQ'%

"

"

5'! G$$% CA?A:#A+% ":@% ?"$#A% ">>C#A@% PC=^% V d =C;(% M;W% ":@% ;(A% "$_#^% ?%., F., C22% ):>$#@):\% _#;% :=;% $)^);A@% ;=,% ^"+;AC% ):>=^A% /+;CA"^+b+"$A+b"@?":>A+7,% *#_$)+():\% ):>=^A,%":@%=;(AC%CA$";A@%;=%*C=^=;)=:"$b":>)$$"CD%?"$#A,%":@%*=;A:;)"$$D%"++=>)";A@% :A)\(_=C):\%C)\(;+b*#_$)+():\J"@c">A:;%>=^*=:A:;+%"CA%R);():%F=#:;ACJZAPA:@"::;+`% AU>$#+)?A%>=:;C=$,%":@%"CA%+#_cA>;%;=%F=#:;ACJF$")^":;`+%>$")^+%"++AC;A@%(ACA):'%%

**(%, -1$'W, -X, *1$) -3'( / 5 ) -1$**

29'!F=#:;ACJF$")^":;%):>=C*=C";A+%*"C"\C"*(+%2J5'%

22'!F=#:;ACJF$")^":;% >=:PACCA@% "% >=:>CA;A% _A:AP);% =:% F=#:;ACJZAPA:@"::;+% ";% F=#:;ACJZAPA:@"::;+`%CA.#A+;%_D%+#**$D):\%=C)\):"$%RC);):\%":@%*C=@#>;)=:%+AC?)>A+% ":@%^";AC)"$+%#+A@%):%;(A%&AR% d =CQ'%

26'!F=#:;ACJZAPA:@"::;+% Q:=R):\$D% ">>A*;A@% ":@% CA;"):A@% ;(";% _A:AP);,% *#_$)>$D% CA$A"+A@%":@%^=:A;)eA@%;(A%CA+#$;):\%^"+;AC%CA>=C@):\%":@%#:@AC$D):\%>=*DC)\(;+%":@% P")$A@%;=%*"D%F=#:;ACJF$")^":;%;(A%CA"+=:"_$A%?"$#A%=P%;(=+A%+AC?)>A+'%

2B'!D:@AC%;(A+A%>)C>#^+;":>A+,%*"C;)>#$"C$D%R(ACA% :=%+)\:A@%*C=@#>ACbR=CQJP=CJ ()CAb"++)\:^A:;%AU)+;+,%);%R=#$@%_A%):A.#);"_$A%;=%"$$=R%F=#:;ACJZAPA:@"::;+%;=%CA;"):% ;(A%_A:AP);+%R);(=#;%CA+;);#;)=:%;=%F=#:;ACJF$")^":;'%%

**# / ) 3 ) &%3 )** $F=#:;ACJF$")^":;%CA.#A+;+%;(";%;()+%F=#C;%A::;AC%c#@\^A:;%P=C% ;(A%CA+;);#;)=:b@)+\=C\A^A:;%=P%#:c#+;%_A:AP);+%):%":%"^=#:;%;=%_A%@A;AC^):A@%";%;C)"$X% *CAJ%":@%*=+;Jc#@\^A:;%):;ACA+;X%":@%P#C;(AC%A.#);"_$A%CA$)AP%"+%;(A%F=#C;%@AA^+%c#+;'%

**(%, -1$''W" ( (%, -1'-V$Y) Z, '1" [ ! )\$**

28'!F=#:;ACJ!$"):;)PP%):>=C*=C";A+%*"C"\C"*(+%2J5'%

2S'!H(A% *C=>AA@+% ":@% ?"$#A% ";;C)_#;"_$A% ;=% ;(A% &AR% d =CQ% "C)+A% PC=^% ^#$;)*$A,% >=^*$AU%CA?A:#A+;CA"^+,%;(A%@A;")$+%=P%R()>(%/A'\',%$"_A$b@)+;C)_#;=CbZ0!%+;";A^A:;+,% "@?":>A+,%+)@A%$A;;AC+7%"CA%R);():%F=#:;ACJZAPA:@"::;+`%AU>$#+)?A%*=++A++)=:'%%

2K'!G% P#$$% ">>=#:;):\% )+% :A>A++"CD% ":@% "**C=*C)";A% ;=% @A;AC^):A% ;(A% "^=#:;+% A.#);"_$D%=RA@%;=%F=#:;ACJF$")^":;%":@b=C%;=%.#"::;)PD%CA+;);#;)=:'%YA\"$%CA^A@)A+%"CA% ):"@A.#";A%R);(=#;%;(A%;C":+*"CA:>D%=P%(A+A%CA>=C@+'%%

**# / ) 3 ) &%3 )** $ F=#:;ACJF$")^":;%CA.#A+;+% ;(";% ;()+% F=#C;% A:;AC% ":% =C@AC%

" .%."

"

>=^*A$$):\% "% >=^*$A;A% ">>=#:;):\% /R);(% *C=@#>;)=:% =P% "$$% _">Q#*% +;";A^A:;+b>=:;C">;+%P=C%V d =C;(%M;W%":@%?%.,8.,C227X%*"D^A:;%=P%"^=#:;+%P=#:@%@#AX% ":@%"%>=:+;C#>;)?A%;C#+;bA.#);"_$A%$)A:%"+%"**C=*C)";A'%%

**( % , - 1$'''W2 ) ( ! " 3 " 1%3 : $3 ) ! ' ) &$$**

24'!F=#:;ACJF$")^":;%):>=C*=C";A+%*"C"\C"*(+%2J5'%

23'!H()+%)+%"%>$")^%P=C%@A>$"C";=CD%CA$)AP%#:@AC%63'%O'0'F'%f%6692%":@%;(A%F=*DC)\(;% G>;%/24%O'0'F'%f f%292,%2967'%

25'!F=#:;ACJF$")^":;%>=:;C)_#;A@%=C)\):"$,%>=*DC)\(;"_$A%*C=@#>;)=:%/):>$#@):\% _A";%":@%*C=@#>;)=:%A$A^A:;+7%;(";%R"+%^AC\A@%):;=%;(A%CA$A"+A@%V d =C;(%M;W%+=#:@% CA>=C@):\'%%

69'!&=%+)\:A@%R=CQJP=CJ()CA%=C%RC);;A:%"++)\:^A:;%AU)+;+X%;(ACAP=CA,%;(A%@AP"#$;% F=*DC)\(;%G>;%C#$A+%"**$D'%%

62'!F=#:;ACJF$")^":;%":@%F=#:;ACJZAPA:@":;+%):;A:@A@%;(A%>=:;C)_#;)=:+%"$$A\A@% (ACA):%;=%_A%^AC\A@%):;=%"%+):\$A%CA>=C@):\%":@%)@%+=X%V d =C;(%M;W%)+%;(#+%"%c=):;%R=CQ,% ^"Q):\%F=#:;ACJF$")^":;%"%>=J"#;(=Cb>=J=R:AC%=P%;(A%+=#:@%CA>=C@):\'%%

66'!G_+A:;% "% >=:;C"CD% RC);;A:% "\CAA^A:;,% >=J=R:AC+% (=$@% A.#"$,% #:@)?)@A@% ):;ACA+;+X% F=#:;ACJF$")^":;% +AAQ+% "% @A>$"C";)=:% ;(";% (A% =R:+% S9 g % =P% ;(A% +=#:@% CA>=C@):\% V d =C;(% M;W% /":@,% ;=% ;(A% AU;A:;% "**$)>"_$A,% ":D% *C=;A>;"_$A% *C=@#>;)=:b>=^*=+);)=:% A^_=@)A@% ;(ACA):7,% R);(% ";;A:@":;% C)\(;+% ;=% >CA@);,% CA\)+;C";)=:,%$)>A:+):\,%":@%C=D"$;)A+'%%

**# / ) 3 ) &%3 )** $F=#:;ACJ!$"):;)PP%CA.#A+;+%;()+%F=#C;%;=%A:;AC%":%=C@AC%@A>$"C):\% ;(";% F=#:;ACJ!$"):;)PP% )+% "% >=J"#;(=C% ":@% S9 g % >=J=R:AC% =P% ;(A% V d =C;(% M;W% +=#:@% CA>=C@):\% /":@% CA$";A@% *C=;A>;"_$A% *C=@#>;)=:b>=^*=+);)=:% >=:;C)_#;)=:+7,% R);(% "$$% ";;A:@":;%C)\(;+'$$

**+3 " : ) 3$&%3$3 ) ! ' ) &$Y " ! ! $ ( % , - 1 *\$**

**# / ) 3 ) &%3 )** 0$ F=#:;ACJF$")^":;% CA+*A>;P#$$D% CA.#A+;+% ;(";% c#@\^A:;% _A% A:;ACA@):%()+%P"?=C%":@%"\"):+;%F=#:;ACJZAPA:@":;+,%":@%;(";;(A%F=#C;%"R"C@%;(A% P=$$=R):\%CA$)AP'%%

"

G'! , GTJ@A$) G?>NKCFGAI%NA+;);#;)=:b@)+\=C\A^A:;%=P%"$$%_A:AP);+%":@%*C=>AA@+% #:c#+;$D%CA;"):A@%PC=^%;(A%AU*$=);";)=:%=P%;(A%+=#:@%CA>=C@):\%V d =C;(%M;'W%%

1'! "NNIJGA>GM4$ G% @A>CAA% >=^*A$$):\% "% P#$$% ">>=#:;):\% =P% "$$% ^=:)A+,% >=:+)@AC";)=:,%":@%?"$#A%@AC)?A@%PC=^%V d =C;(%M;W%":@%;(A%"$_#^%?%.,F.,C22% /):>$#@):\% $"_A$b@)+;C)_#;=CbZ0!% +;";A^A:;+,% "@?":>A+,% +)@A% $A;;AC+,% ":@% CA$";A@%"\CAA^A:;+7,%*C=@#>;)=:%=P%"$$%+#**=C;):\%CA>=C@+,%":@%*"D^A:;%=P% "$$%"^=#:;+%@#A%#*=:%>=^*$A;)=:%=P%;(A%">>=#:;):\X%

F'! 2FNSD?DAI?L$3FS>FB%G%@A>$"C";)=:%#:@AC%63%O'0'F'%f%6692%":@%24%O'0'F'%ff% 292,%692/"7%;(";%F=#:;ACJF$")^":;%)+%"%>=J"#;(=C%":@%S9g%>=J=R:AC%=P%;(A% V d =C;(% M;W% +=#:@% CA>=C@):\% /":@,% ;=% ;(A% AU;A:;% "**$)>"_$A,% *C=;A>;"_$A% *C=@#>;)=:b>=^*=+);)=:%A^_=@)A@%;(ACA):7,%R);(%";;A:@":;%C)\(;+%;=%>CA@);,% CA\)+;C";)=:,%$)>A:+):\,%":@%C=D"$;)A+X%":@%*"D^A:;%=P%"$$%"^=#:;+%P=#:@%@#A% #*=:%>=^*$A;)=:%=P%;(A%">>=#:;):\X%

Z'!'GAF?F@A4$!CAJ%":@%*=+;Jc#@\^A:;%):;ACA+;%";%^"U)^#^%C";A+%"$$=RA@%_D%$"R'%%

-'! (I@A@4$F=+;+%=P%+#);%":@%+#>(%P#C;(AC%$A\"$%":@%A.#);"_$A%CA$)AP%"+%;(A%F=#C;% @AA^+%c#+;%":@%*C=*AC'%

**<u>3)*)36"1'%-$%&$3'V/1*$$</u>**

F=#:;ACJF$")^":;%CA+AC?A+%"$$%C)\(;+%;=%"^A:@,%+#**$A^A:;,%":@b=C%"@@%>$")^+%":@% *C=;)A+% "+% @)+>=?ACD% *C=>AA@+,% ):>$#@):\,% R);(=#;% $)^);";)=:,% >$")^+% P=C% >=:?AC+)=:,%^)+"**C=*C)";)=:,%":@%+;";#;=CD%":@%=;(AC%C=D"$;D%>$")^+%"+%+#**=C;A@%_D% ;(A%A?)@A:>A'%%

%

! " # $%&&' ( ) *$%&$+ " , ! $ - .$+ / ' ! ' + *0$ " + ! ( $

Z";A@I%0A*;A^_AC%63,%696S% 1DI% b+b%!"#$%&'%!()$)*+,%-+.'%

!GOY%&'%!EMYM!0,%-+.',%F=#:+A$%P=C%%
FEG0-%ZGYHT&%NT0-%*bQb"%%
VFEG0-HE-<T&-[W%

"

**" 1 1 ) * 1 " 1 ' % -%**

! #C+#" : ;%;=%Y=>"$%N#$A%SJ8'B'8/67/)7,%M,%! "#$%&'%! ()$)*+,%";;A+;%; (";%"$$%+) \ : ";=C)A+% $)+;A@,%" : @%= : %R (=+A%_A("$P%; (A%P)$) : \%)+%+#_^);;A@,%>= : >#C%) : %; (A%P)$) : \`+%>= : ;A : ;%" : @% ("?A%"#; (=C)eA@%; (A%P)$) : \'%

%

Z";A@I%%0A*;A^_AC%63,%696S% 1DI% b+b%! "#$%&'%! ()$)*+,%-+.'%

!GOY%&'%! EMYM!0%

%

%